AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ,   FBI S/A JOE CICINI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

MARTIN HALPERN

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6154 CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest _____ MARTIN HALPERN _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business

in violation of Title 18 United States Code, Section(s) 1962(d), 1955

CLARENCE MADDOX _____
Name of Issuing Officer

_Signature of Issuing Officer_

Bail fixed at $150,000 Personal Surety Bond - Do
NJ LODGE OVERNIGHT

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |