UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA )  Case Number: CR 00-6154-CR-Jordan
        Plaintiff )
                                    ) REPORT COMMENCING CRIMINAL
   -vs-                          )          ACTION
                                   )
MARTIN IRA HALPERN )
        Defendant                  55380-004

**********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

**********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/26/2000   8:30 am/pm

(2) Languge Spoken: English

(3) Offense(s) Charged: RICO Conspiracy

(5) Date of Birth: 2/11/53

(6) Type of Charging Document: (check one)
[X] Indictment   [ ] Complaint   To be filed/Already filed
Case# 00-6154

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: Southern District of Florida

COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES [ ] NO

Who set Bond: _____

(7) Remarks: _____

(8) Date: 6/26/00   (9) Arresting Officer: W. Howe Grover
(10) Agency: FBI   (11) Phone: 305-787-6125
(12) Comments: _____