COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MARTIN HALPERN (surr)   CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ /pas/   ATTY: IRA LOEWY (Temp)
AGENT: _____   VIOL: 18:1956(h)
PROCEEDING I/A ON INDICTMENT   RECOMMENDED BOND 150,000 PSB
BOND HEARING HELD - yes/(no)   COUNSEL APPOINTED _____

BOND SET @ 150,000 PSB

SPECIAL CONDITIONS:
1) To be cosigned by: as directed
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:
4) surrender passport to PTS by 4pm 6/27

advised of charges - bond set

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 7-7 10 M/A
PTD/BOND HRG:
PRELIM/ARRAIGN: July 7 10 miami duty
REMOVAL HRG:
STATUS CONF:

Date: 6/26/00  Time: 11:00  FTL/LSS TAPE #00- 034  Begin: 1768  End: 1857

[FILED by D.C. JUN 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUDERDALE]