UNITED STATES OF AMERICA,    :

v.    :

MARTIN HALPERN    :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-JORDAN

FILED by
JUN 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW    IRA N. LOEWY    and

files this temporary appearance as counsel for the above named

defendant(s) at initial appearance.  This appearance is made with

the understanding that the undersigned counsel will fulfill any

obligations imposed by the Court such as preparing and filing

documents necessary to collateralize any personal surety bond

which may be set.

IRA N. LOEWY

Counsel's Name    (Printed)  Bierman, Shohat, Loewy / Klein PA

Counsel's Signature _____

Address  SW  Brichell  Ave    PH2

MIAMI    Zip Code:  33131

Telephone (305) 358-7000    FAX (305) 358-4010

JUN 3 0 2000

Rec'd in MIA Dkt _____