UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : ___BOND___

MARTIN HALPERN
    Defendant.

Language: _En Glsh_

_____/

The above-named Defendant appeared before **Magistrate Judge BROWN.** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _691 N.W. 100 Terrace_
           _Plantation, Fl 33324_

        Tel. No: _(954) 475-9406_

Defense Counsel: Name : _Theodore Klein_

        Address: _800 Brickell Ave PH2_
           _Miami, Fl 33131_

        Tel. No: _(305) 358-7000_

Bond Set/Continued:  $ 150,000 PSB

Dated this _7th_ day of ___JULY___, 2000.

CLARENCE MADDOX, CLERK

By _____/ STEPHANIE LEE_____
    Deputy Clerk

c: U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. _00D-78-1750_
DIGITAL START NO._____

✱ no SDO entered ✱

