UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.
MARTIN HALPERN

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

FILED by _____ JUL 07 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIA.

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

✓ Private counsel __Ted Klein__.
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this ___7th___ day of ___JULY___, 2000.

TAPE NO. 00D-78-1750

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c. Defense Counsel
Pretrial Services or Probation
U.S. Marshal
AUSA