UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _6514 - Cr-Dimitrous_

UNITED STATES OF AMERICA,

v.

Martin Halpern

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

*[Filed stamp: JUL 07 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - MIAMI]*

COMES NOW _Theodore K6in_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11 1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _7/7/00_

Attorney _Theodore K6in_
Address _800 Brickell Ave PH2_
City _MIAMI_ State _FL_ Zip _33131_
Telephone _305 - 358 - 7000_
Florida Bar No. _043453_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_/s/ [signature]_