AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PAUL F. SCHWARTZ  FBI S/A JOE CICINI

## United States District Court

SOUTHERN DISTRICT OF FLORIDA  481 474

UNITED STATES OF AMERICA

00 JUL 10 PM 2:35

V.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

MARTIN HALPERN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6154**

**CR-JORDAN**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MARTIN HALPERN

MAGISTRATE JUDGE BANDSTRA

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business

in violation of Title 18 United States Code, Section(s) 1962(d), 1955

SOUTHERN DISTRICT OF FLORIDA FT. LAUD. OFFICE  2000 JUN -6 PM 4:24  RECEIVED UNITED STATES MARSHAL

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $150,000 Personal Surety Bond - OO
NJ 1 PG.E  DOCUMENT

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

[signature]

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | [signature] |
| DATE OF ARREST | | |
| 6/26/2000 | FOR: FBI | John Walker, ASDUSM |