**CRIMINAL MINUTES**

FILED by _____ D.C.

AUG  8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: August 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Halpern, Meisel, Abel, Miller

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Klein, Cohen, Dietko

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts' joint motion to continue
is granted. Court resets trial period.
Court goes over right to separate representation
of counsel with Defts Miller and Meisel

Pre-trial Motion Cut off date is 9/11/00

JUDGMENT: _____

CASE CONTINUED TO: 10/20/00    TIME: 9:00    FOR: Cal. Call

MISC: 10/23/00    9:00    2 week trial
period.