**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD   DATE: September 27, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   Martin Halpern

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: Ted Klein

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter guilty plea to Count 1. Gov't agrees to dismiss Count 2 @ time of Sentencing

Court accepts guilty plea

CASE CONTINUED TO: 1/5/00   TIME: 11:00   FOR: Sentencing
MISC: written plea agreement filed.