**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6154-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.

**MARTIN HALPERN, et al.**

       **Defendant.**

_____/

### MOTION TO MODIFY TRAVEL RESTRICTIONS

The Defendant, Martin Halpern, by and through undersigned counsel, moves for the entry of an Order modifying the travel restrictions so Defendant can travel to New York City on December 13, 2000 for a personal family matter and return on December 18, 2000. Undersigned counsel represents to the Court that he has conferred with Assistant United States Attorney Paul Schwartz who has no objection to the foregoing motion.

       Respectfully submitted,

       **BIERMAN, SHOHAT, LOEWY & KLEIN, P.A.**
       Attorneys for HALPERN
       800 Brickell Avenue, Penthouse Two
       Miami, Florida 33131-2944
       Telephone: (305)358-7000
       Telefax: (305)358-4010

       By_____
       **THEODORE KLEIN, #043453**

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 17th day of November, 2000 to: Paul F. Schwartz, Esq, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394.

By /s/
**THEODORE KLEIN**