**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6154-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MARTIN HALPERN, et al.**

    Defendant.

_____/

## AGREED ORDER MODIFYING TRAVEL RESTRICTIONS

ON GOOD CAUSE shown, the travel restrictions for the Defendant, Martin Halpern, are hereby modified and he shall be permitted to travel to New York City on December 13, 2000 for a personal family matter and return on December 18, 2000.

DONE AND ORDERED at Miami, Florida this 20 day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Theodore Klein, Esq.
Paul F. Schwartz, Esq. (AUSA)
PreTrial Services
U.S. Marshal
U.S. Probation

