UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

NOV 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                          CASE NO. 00-6154-CR-DIMITROULEAS

MARTIN HALPERN

---

TYPE OF CASE:                CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **January 12, 2001 AT 3:00 P.M.**
                                    **(Previously set for January 5, 2001 at 11:00 )**

---

TYPE OF          SENTENCING
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE: November 28, 2000                          BY DEPUTY CLERK

cc:   Paul Schwartz AUSA
      Theodore Klein, Esq.
      United States Probation Office