UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  )
            Plaintiff,     )
                           )
v.                         )
                           )
MARTIN HALPERN,            )
            Defendant.     )
_____)

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

                          Respectfully submitted,

                          GUY A. LEWIS
                          UNITED STATES ATTORNEY

                     By:  _____
                          PAUL F. SCHWARTZ
                          ASSISTANT UNITED STATES ATTORNEY
                          Court I.D. #A5500086
                          500 E. Broward Blvd., 7th Floor
                          Fort Lauderdale, Florida 33394
                          Telephone:  (954) 356-7392
                          Facsimile:  (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___7___ day of ___Dec___, 2000, to:

Ted Klein, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131

*[signature]*

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY