UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN HALPERN, et al.

    Defendant.

_____/



### HALPERN'S STATEMENT IN CONNECTION WITH GOVERNMENT'S 5K1 MOTION

The Defendant, Martin Halpern, files the attached statement in connection with the government's 5K1 motion in order to assist the Court in understanding Mr. Halpern's role in this matter.

    Respectfully submitted,

**BIERMAN, SHOHAT, LOEWY & KLEIN, P.A.**
Attorneys for Defendant Halpern
800 Brickell Avenue
Penthouse Two
Miami, Florida 33131-2944
Telephone: (305)358-7000
Telefax: (305)358-4010

By_____
THEODORE KLEIN, #043453

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this /5 day of December, 2000 to: Paul F. Schwartz, Esq, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394.

By _____
THEODORE KLEIN

2

I was introduced to Emro Capri in April of 1994 at a restaurant in Miami. He was a bookie and I was a small bettor who began utilizing his services. Over three or four years, he became somewhat of a sports conversation friend. We would discuss the weekend sports on a social level when he would stop by my office in Coconut Grove.

In 1997, he asked me for a loan of $30,000. On a personal level, I agreed because of the length of time we knew each other, with the agreement he would pay me back over a period of a few months. The paybacks were extremely slow, with him always having some sort of excuse.

In early 1998, he told me he was attempting to sell his home and buy a new home in Broward. He had a difficult time getting a mortgage because he could not show income. He told me that when he could qualify, he would sell his home and would be able to pay me back in full. I introduced him to my mortgage broker who I had recently utilized to see if it was a legitimate house deal. After verification from him that it was, I agreed to lend him another $35,000 until the closing on his sale was completed.

Everything fell apart after that. The house sale never went through and now he owed me about $65,000. He then disappeared for five months.

In August of 1998, he reappeared in my office unannounced with a broken leg. Extremely apologetic and pathetic, he said the only way he could conceive of paying me back was if I was willing to meet a friend of his which would allow him to make some money. I agreed and met two men at a Denny's on State Road 84 in Hollywood.

Introduced as Al and Joe, they told me they had a small gambling office. Because of cash flow problems, they were willing to take me on as a small investor until Mike got

even on his loan during the football season. I would give them some money on Tuesdays to pay bettors, and they would collect on Fridays. They would return my money plus 25% toward Michael's debt. They informed me that they have a white collar clientele with many attorneys, doctors and businessmen, so collecting would not be a problem.

I told them I would think about it, and then I initially decided against it. For about two weeks, Emro called me and I continued to say no. One afternoon, Emro showed up at my office unannounced and cried incessantly in my office that the only way he could pay his bills and feed his family is with this opportunity. I again said no until he left my office and sat on my office curb for over two hours crying. I eventually wore down.

I agreed to meet his friends with $70,000 in cash. My understanding from our first meeting was that I would hear from Mike and he would inform me as to how much money was needed. Then I would meet them and on Friday they would give me back the money plus 25% of what I gave them until the money was paid back and my investment was returned. This was told to me by Joe. Mike was never to touch any money. It would be given to me directly.

At the first meeting, after giving the initial $70,000, I was told that was not my investment, but rather money Mike owed them for something prior. After I explained that was not my understanding, they seemed sincerely concerned that I was misled by Mike. Then they said the plan was to lower Mike's percentage and now pay me back the $70,000 and the $65,000 Mike owed from earlier. Now I was in for $135,000 plus.

We met weekly at Denny's for three weeks with me giving anywhere from $5,000 to $15,000 with nothing coming back to me. The explanation was that they were developing the business, and Mike was not being responsible. I continued to explain to

these guys in the meeting (Al, Joe and Mike) that my resources were close to drying up. They assured me that things would turn around.

In October, Joe informed me Mike was a "screw up" and not part of the plan any longer, and it did not make sense to communicate with him. I was at my wit's end that nothing was going right, but Joe and Al seemed like they did have my best interests to get me back my money. They suggested I get the sheets of the bettors so I could be aware of what was going on during the weekends. So, sporadically these sheets were faxed to my home number. I would review them and be glad I was not wagering any longer.

By mid-October, I was given some checks of the bettors that lost. I told them that this was not what I expected. I continued to give some money every other week mostly because they were either winning or working with their clientele. I continued to let these guys know that this was not working out. I was getting deeper in the hole by about $50,000, and I didn't have much more money. I was told things would turn around. Some payments came to me sporadically, until I told them I wanted to bow out.

From October to December, I met Joe and Al maybe a total of ten times from beginning to end, and my loss was lowered to $135,000. I continued to tell them I was out of this after football season, I hate it, and my real business is suffering. They continued to say fine.

I never did get repaid. I wound up losing $135,000 in this venture. It was a foolish act on my part and I know I broke the law when I did it. I am sorry I broke the law, and I accept full responsibility for my actions.