## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD    DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Wally Webb    INTERPRETER:

UNITED STATES OF AMERICA    VS.    Martin Halpern

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Ted Klein

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 5 years probation with the first (150) 150 days to be spent in home confinement with electronic monitoring @ dft's expense. $10,000 Fine $100.00 Assessment. 50 hours of Community Service per year during term of probation.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Gov't has filed a 5K1 motion & Court grants motion.