# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | (For Offenses Committed On or After November 1, 1987) |
| **MARTIN HALPERN** | **Case Number: 00-6154-CR-WPD** |
| | Counsel For Defendant: **Ted Klein** |
| | Counsel For The United States: **Paul Schwartz** |
| | Court Reporter: **Bob Ryckoff** |

**THE DEFENDANT:**

☒ pleaded guilty to **Count(s) 1 of the Indictment**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 1962(d) | CONSPIRACY TO COMMIT RACKETEERING | 1/1977 | 1 |

The defendant is sentenced as provided in pages 2 through __9__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) **ALL OTHERS** (Is) (are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

**Defendant's Soc. Sec. No.: 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**    1/12/01

**Defendant's USM Number: 55380-004**

**Defendant's Residence Address:**
691 N.W. 100th Terrace
Plantation, FL 33324

**Signature of Judicial Officer**

**WILLIAM P. DIMITROULEAS**
**United States District Judge**

**Defendant's Mailing Address:**
691 N.W. 100th Terrace
Plantation, FL 33324

Date: 1/18/01

Date: January 18, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By: _____ Deputy Clerk

